# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

MARISOL ALICEA,

        Plaintiff,

v.                                                   Case No. 09-CV-798

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____

## ORDER

On August 17, 2009, plaintiff Marisol Alicea ("Alicea") filed a pro se complaint seeking review of a decision by the Commissioner of Social Security denying her benefits. The court granted Alicea's motion for leave to proceed in forma pauperis, and the court's order and Alicea's complaint were served on the agency and the Attorney General on September 16, 2009. The Social Security Administration responded by filing a motion to remand the case to the agency for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), and for entry of judgment in favor of Alicea.

Under sentence four of 42 U.S.C. § 405(g), the court may enter a judgment "affirming, modifying, or reversing the decision of the Secretary, with or without remanding the cause for a rehearing." Here, the agency asks the court to remand the case so that it may reconsider Alicea's application and either render a favorable

decision on the record or conduct a supplemental hearing. The court will grant this request.

Accordingly,

**IT IS ORDERED** that the Social Security Administration's motion to remand (Docket #8) be and the same is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Social Security Administration for further proceedings.

The Clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 28th day of October, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge